Jonah Mechanic
PO BOX 1442
La Jolla, CA 92038
(858) 229-9499

**FILED**
NOV 15 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

**NUNC PRO TUNC**
NOV -8 2012

**PLAINTIFF JONAH MECHANIC**

*In pro per*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAH MECHANIC, an individual; | CASE NO: 12CV1872 JLS MDD |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |
| BANK OF AMERICA, N.A, formerly doing business as COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY, N.A; and DOES 1 through 50 inclusive, | |
| Defendants. | |

TO: BANK OF AMERICA, N.A, a corporation formerly doing business as COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY, N.A; and DOES 1-50 inclusive, and their attorneys of record:

**NOTICE IS HEREBY GIVEN** that the above-entitled action is dismissed by PLAINTIFF JONAH MECHANIC in its entirety *without prejudice* pursuant to Federal Rules of Civil Procedure 41(a). No answer or motion for summary judgment has been filed.

Dated: November 6, 2012

```
                              SIGNATURE BY FAX

                         By: _____
                              JONAH MECHANIC
                                 *Plaintiff*
```

| | |
|---|---|
| 1 | **NOTICE IS HEREBY GIVEN** that the above-entitled action is dismissed by |
| 2 | PLAINTIFF JONAH MECHANIC in its entirety *without prejudice* pursuant to Federal Rules of |
| 3 | Civil Procedure 41(a). No answer or motion for summary judgment has been filed. |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated: November 6, 2012 |
| 8 | |
| 9 | By: _____ |
| 10 | JONAH MECHANIC |
| 11 | *Plaintiff* |

11/08/2012 12:25 FAX                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          ☒001

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
CASE NUMBER: 12CV1872JLSMDD
JONAH MECHANIC VS. BANK OF AMERICA, N.A, a corporation formerly doing business as COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY, N.A; and DOES 1-50 inclusive.

## CERTIFICATE OF SERVICE BY CERTIFIED MAIL

I declare that I am a citizen of the United States and reside in City of San Diego, State of California. I am over the age of 18 years and not a party to the within case or proceeding. My business address is 3226 Petunia Ct. _____.

On 11/9, 2012, I served a true and correct copy of the within document entitled: "NOTICE OF DISMISSAL" on the parties and/or their attorneys of record, by causing the above said Notice to be enclosed in an envelope by placing the document(s) listed above in a sealed envelope with postage prepaid in the USPS first class mail deposited with the USPS addressed as follows:

Victoria Cantore, Esq.
**AKERMAN SENTERFITT LLP**
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017-5433
Attorneys for Defendants.

I certify and declare the above to be true under penalty of perjury and that this proof of service is dated 11/8/12, at San Diego, California.

By: _____
Name: Lucas Murdock